UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 01-100L |
| | : | |
| CRAIG BUSTILLO | : | |

# MOTION FOR MODIFICATION OF TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C. § 3582(c)

Comes now, Craig Bustillo, pro se, petitioner, (hereinafter "petitioner") and respectfully moves this court to modify his term of imprisonment, pursuant to 18 U.S.C. 3582(c) and Amendment 9 of the U.S.S.G. pertaining to "crack cocaine" and U.S.S.G. 1B1.10.

In support of this request the petitioner puts forth the accompanying Memorandum of Law.

Respectfully Submitted,

[signature]

Craig Bustillo, pro se
Reg. No. 05083-070
F.C.I. Otisville
P.O. Box 1000
Otisville, NY 10963

2/25/08
Dated

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR. No. 01-100L |
| CRAIG BUSTILLO | : | |

MEMORANDUM OF LAW IN SUPPORT OF MOTION TO MODIFICATION OF TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C. 3582(c)

Comes now, Craig Bustillo, pro se, petitioner, (hereinafter "petitioner") and respectfully request this Court modify his term of imprisonment pursuant to 18 U.S.C. § 3582(c) and Amendment 9 to the U.S.S.G. pertaining to "crack cocaine" and U.S.S.G. 1B1.10.

In support of this request the petitioner puts forth the following:

JURISDICTION:

"Section 3582(c) grants federal courts a limited power to modify criminal sentences in specific types of situations." United States v. Cabrera-Polo, 376 F.3d 29, 31 (1st Cir. 2004). One of those situations is when: "the Sentencing Commission has revised the guidelines in a fashion that lowers GSR and clears the way for retroactive application of the revision." Id. The Commission has declared the above mentioned Amendment, 9, retroactive.

STATEMENT OF THE CASE

Petitioner was convicted, via guilty plea, in the United States District Court, District of Rhode Island on January 17,

2002. The petitioner pled guilty to 4 counts of possession with intent to distribute "crack cocaine" pursuant to 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), along with 1 count of being a felon in possession of a firearm.

On June 7, 202 the petitioner pled guilty and was sentenced to a term of 130 months imprisonment and 5 years of Supervised Release, along with a $500. Court assessment fee.

Since the petitioner's incarceration, he has taken numerous rehabilitation programs. The petitioner has an excellent conduct record and has worked throughout at UNICOR.

## ARGUMENT

Because the U.S.S.G. has declared Amendment 9 retroactive to commence March 3, 2008, in conjunction with the fact that the petitioner qualifies and may be eligible for immediate release, he respectfully request this Court apply the 2 level reduction and expedite his petition to avoid prejudice as he may qualify for immediate release.

On November 1, 2007 the United States Sentencing Commission amended the guidelines pertaining to "crack cocaine", retroactively, to reflect a 2 level reduction from the base offense level for qualifying petitioners. This Amendment is scheduled to take effect on March 3, 2008.

The total weight of "crack cocaine" involved was 32.9 grams. The petitioner has been incarcerated since November 10, 2001, with a projected release date of November 18, 2010. The petitioner's base offense level was ~~a~~ 27 after downward departures and subsequent enhancements. A modification of 2 base

offense levels, to level 25, could qualify the petitioner for immediate release or reasonably close, to the point where a significant delay in processing the claim would create prejudice.

CONCLUSION

For the foregoing reasons the petitioner prays this Court will apply the 2 level reduction, effective March 3, 2008 and modify his sentence in accordance with the U.S.S.G. Amendment 9.

Respectfully Submitted,

Craig Bustillo, pro se
Reg. No. 05083-070
F.C.I. Otisville
P.O. Box 1000
Otisville, NY 10963

2/25/08
Dated

VERIFICATION

I, Craig Bustillo, being duly sworn, upon oath, deposes and say: that the enclosed motion has been read by me and that the facts herein are true and correct to the best of my knowledge. I make this statement with the understanding of the penalty of perjury, 28 U.S.C. § 1746.

CRAIG Bustillo
Craig Bustillo, pro se

2/25/08
Dated

CERTIFICATE OF SERVICE

I, Craig Bustillo, states that on 25 day of FEBURAY, 2008 I served an original and a copies via U.S. Mail at F.C.I. Otisville, P.O. Box 1000, Otisville, NY 10963 mailbox to the following:

Clerk of The Court
U.S. District Court
District of Rhode Island
1 Exchange Terrace
Providence, RI 02903-1779

AUSA, Mary Regers
U.S. Attorneys Office
50 Kennedy Plaza
Providence, RI 02903