UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | 01-100L |
| CRAIG BUSTILLO | : | |

ENTRY OF APPEARANCE

I, Edward C. Roy, Assistant Federal Public Defender, do hereby enter my appearance on behalf of the defendant, Craig Bustillo.

/s/ Edward C. Roy
Assistant Federal Public Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
(401) 528-4285 Fax
edward_roy@fd.org

CERTIFICATION

I do hereby certify that on this 27th day of May 2008, the within was filed electronically and is available for viewing and downloading from the ECF system with a copy to Kenneth P. Madden, AUSA.

/s/ Edward C. Roy