**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.01-100L |
| | ) | |
| CRAIG BUSTILLO | ) | |

**STIPULATION REGARDING MODIFICATION OF SENTENCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant has submitted a request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

Total Offense Level 27

Criminal History Category VI

130 to 162 months imprisonment

4 to 5 years supervised release

$12,500 to $6,000,000 fine.

3. Defendant was sentenced on June 7, 2002 to 130 months imprisonment.

4. Defendant is eligible for a modification of his sentence Pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual

5. Defendant's revised guideline calculation is a follows:

Total Offense Level _25___

Criminal History Category _VI__

_110__ to _137__ months imprisonment

_4_ to _5_ years supervised release

$10,000___ to $6,000,000_ fine.

6. According to the modified pre-sentence report, defendant's conduct while imprisoned reveals the defendant had an incident report on August 16, 2007 for possessing an unauthorized item and on June 29, 2003, for smoking in unauthorized area.

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 110 months is appropriate in this matter.

8. The parties further stipulate that the remainder of defendant's judgment shall remain unchanged.

9. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S..C § 3582(c)(2); United States v. Booker, 543 U.S. 220 (2005) and Kimbrough v. United States, 2007 WL 4292040 (U.S. 2007).

10. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation on or after March 3, 2008, pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual.

Respectfully submitted,

8-13-08

EDWARD C. ROY
Counsel for Defendant

Date

8-8-08

MARY E. ROGERS
Assistant U.S. Attorney

Date